IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**BOBBY EARL KEYS**                                                                 **PLAINTIFF**

    **v.**    Civil No. 07-2013

**UNITED STATES OF AMERICA**                                                 **DEFENDANT**

O R D E R

  Now on this 13th day of July, 2007, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #5), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

  **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

  **IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's complaint is **dismissed**.

  **IT IS SO ORDERED.**

                /s/ Jimm Larry Hendren
                JIMM LARRY HENDREN
                UNITED STATES DISTRICT JUDGE